United States District Court
Southern District of Texas
ENTERED

JUL 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 3 1 1998

Michael N. Milby, Clerk

| | |
|---|---|
| THOMPSON--McCLANAHAN CORPORATION d/b/a THE WINDJAMMER INN, RICHARD M. BROW, AND MERRY BROW § § § § § § | |
| VS. § | CIVIL ACTION NO. B-96-77 (636(c)) |
| § | |
| UNITED STATES OF AMERICA, ET. AL. § BEN ELDER d/b/a ELDER CLAIM SERVICE, § AND NATIONAL CON-SERV, INC. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**ON THIS DAY** came on to be considered the Joint Motion for Dismissal with Prejudice of Thompson–McClanahan Corporation d/b/a The Windjammer Inn, Richard M. Brow and Merry Brow (hereinafter referred to as "Plaintiffs"), and the Director of the Federal Emergency Management Agency, James Lee Witt, (hereinafter referred to as "Defendant") who jointly move to dismiss the above-styled and numbered cause with prejudice to the rights of the parties to refile the same. The Court, after considering the pleadings on file and the agreement between the parties to settle all claims and causes of action against each other, was of the opinion that the Joint Motion for Dismissal with Prejudice should be granted in all respects. Accordingly, it is hereby

**ORDERED** that the above-styled and numbered cause is hereby dismissed with prejudice to the rights of the parties to refile the same and that all claims and causes of action at issue in the above-styled and numbered cause are hereby dismissed.

DONE at Brownsville, Texas on the 31st day of July, 1998.

UNITED STATES DISTRICT JUDGE-Magistrate

**AGREED TO:**

**KOPPEL, EZELL, POWERS & KIMBALL, L.L.P.**
Post Office Box 2878
312 E. Van Buren
Harlingen, Texas 78550
(956) 425-2000
Fax No. (956) 421-4258

By: _____
WILLIAM KIMBALL
State Bar No. 11418700
Federal ID No. 6159

ATTORNEYS FOR PLAINTIFFS


JAMES H. DeATLEY
UNITED STATES ATTORNEY
P. O. Box 1671
Brownsville, Texas 78552
(956) 548-2554
Fax No. (956) 548-2549

BY: _____
Nancy L. Masso
Assistant United States Attorney
State Bar No. 00800490

ATTORNEYS FOR DEFENDANT